AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Robert D. Brown
Plaintiff

Wilmington Police Department Captain
Officers Rinehart & Drysdale
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07- 23 -

I, Robert Dwayne Brown, declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scan

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes  [ ] No  (If "No" go to Question)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institute

   Inmate Identification Number (Required): #231393

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  [ ] Yes  [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. February 6, 2006 Almost $300.00, February 7th Jefferson Street Child Care 1801 Jefferson Street 19802

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       [ ] Yes  [ ] No
   b. Rent payments, interest or dividends                [ ] Yes  [ ] No
   c. Pensions, annuities or life insurance payments      [ ] Yes  [ ] No
   d. Disability or workers compensation payments         [ ] Yes  [ ] No
   e. Gifts or inheritances                               [ ] Yes  [ ] No
   f. Any other sources                                   [X] Yes  [ ] No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. I've had four money orders, two from my Grandmother and two from my sister. My Grandmother sent $25 and

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 1/05)

Recieving any more money due to their financial expenses.

4. Do you have any cash or checking or savings accounts?    ·· Yes   (··No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ·· Yes   (··No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   J   , D.B   And J  , R.C   , I'm their father and currently I'm unable to contribute anything.

I declare under penalty of perjury that the above information is true and correct.

※ 1-8-07                    ※ _____
   DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RESIDENT HISTORY REPORT                                          Page 1 of 1

**HRYCI**
**12/22/06 11:00**                                      — 0 7 : — 2 3 —
**ST 007 / OPR JMH**

```
SBI            : 231393
Resident Name  : BROWN, ROBERT D
Time Frame     : 02/16/2006 11:46 - 12/22/2006 11:00
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/16/2006 | 11:46 | Close | 6 | kjg | F16896 | 90.18 | 0.00 |
| 08/23/2006 | 14:29 | Add | 4 | SED | D53371 | 25.00 | 25.00 |
| 08/29/2006 | 05:46 | Order | 2 | WLH | B130238 | 24.75 | 0.25 |
| 09/08/2006 | 11:52 | Add | 4 | SED | D54216 | 20.00 | 20.25 |
| 09/11/2006 | 06:41 | Order | 2 | WLH | B132017 | 20.12 | 0.13 |
| 09/14/2006 | 13:59 | Rec Payment | 10 | bsp | J5715 | 0.10 | 0.03 |
| 10/24/2006 | 13:21 | Add | 4 | SED | D57025 | 10.00 | 10.03 |
| 10/25/2006 | 13:53 | Rec Payment | 10 | bsp | J6448 | 2.00 | 8.03 |
| 10/27/2006 | 15:25 | Rec Payment | 10 | bsp | J6488 | 1.35 | 6.68 |
| 10/30/2006 | 06:32 | Order | 2 | WLH | B139143 | 6.27 | 0.41 |
| 12/15/2006 | 13:57 | Add | 8 | bsf | H26670 | 22.00 | 22.41 |
| 12/18/2006 | 06:34 | Order | 2 | WLH | B146376 | 22.21 | 0.20 |



FILED JAN 11 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE