IN THE UNITED STATES DISTRICT COURT
- FOR THE DISTRICT OF DELAWARE -

Robert Brown
— Plaintiff —

vs.                                        C.A. NO. _07-23_

THE Wilmington Police Dept. et al.
— Defendants —

FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

— Appointment of Counsel —

BP scanned

Plaintiff moves now, and requests this Court to appoint counsel in the completed pending case against the Wilmington Police Department and submits the folowing in support of his request —

1. Issues of law are complexed and are under constant flux and:
2. Plaintiff is not a laymen of law and of only a 9th grade education and:
3. Justice will not be served in the Civil Rights claim raised by plaintiff and:
4. Specific codes of conduct have been violated by the Wilmington Police Department that can not go unnoticed in the interest of Justice!

Therefore and hereby it is Requested counsel be so Appointed And justice be thereby served!

Be it so ordered on this 8th Day of January 2007

_____
Judge

Dated: 1-8-07

Robert Brown - Plaintiff