IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-23-SLR ) |
| RINEHART and DRYSDALE, | ) ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
JAN 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I, Robert D. Brown, SBI #231393, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.57 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 24, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 1-26, 2007.

_____
Signature of Plaintiff



WILMINGTON DE 197
30 JAN 2007 PM 1 T

Robert D. Brown #231393
P.O. Box 9561
Wilmington, DE 19809

Clerk of Court
U.S. District Court
Lockbox 18
844 North King Street
Wilmington, DE 19801

* LEGAL MAIL