OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 3, 2007

TO: Robert D. Brown
SBI# 231393
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: Return of 285 forms for Wilmington Hospital Human Resources Department; Civ. No. 07-23 SLR**

Dear Mr. Brown:

The Clerk's Office is in receipt of the above referenced 285 Forms which you submitted to the Court on 5/1/07 (enclosed and returned herewith). The Wilmington Hospital Human Resources Department is not a named party in this civil action.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: 285 form