IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-23-SLR |
| | ) |
| RINEHART and DRYSDALE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 29, 2007, plaintiff submitted USM-285 forms in an attempt to obtain discovery from defendants. Plaintiff is advised this is an inappropriate means of discovery. Plaintiff is admonished to implement the Federal Rules of Civil Procedure in his quest to obtain discovery from defendants.

NOW THEREFORE, IT IS HEREBY ORDERED this 12th day of June, 2007 that the USM-285 forms seeking discovery shall be returned to plaintiff. Plaintiff is advised that future USM-285 forms submitted for discovery will be returned to plaintiff without comment.

_____
UNITED STATES DISTRICT JUDGE