IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-023-SLR |
| | ) |
| WILMINGTON POLICE OFFICER | ) |
| RINEHART and WILMINGTON | ) |
| POLICE OFFICER DRYSDALE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this ⸺ day of July, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **November 30, 2007.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 2, 2008.** Answering briefs and affidavits, if any, shall be filed on or

before **February 4, 2008.**  Reply briefs shall be filed on or before **February 19, 2008.**

                                                                              *[signature]*
                                                      United States District Judge