IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Robert D. Brown
Plaintiff

Civ. No. 07-023-SLR

v.

WILMINGTON POLICE OFFICER RINEHART and WILMINGTON POLICE OFFICER DRYSDALE
Defendants


FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION TO COMPEL DISCOVERY

Robert Brown, hereinafter the Plaintiff, asks to be given a copy of the police report, the use of force reports prepared by the officers in this matter, and any photographs of the Plaintiffs injuries taken at or near the time of this incident. A copy of the police training manual or its equivalent or any discoverable materials related to the incident of April 16, 2006. Also Plaintiff requests that Kimberly Grier Address 515 N. Franklin Street; Wilmington, DE 19805 be subpoenaed for trial as Plaintiffs witness. I would like Howard Young and Wilmington Hospital Health Center subpoenaed for my medical records, the Hospital from the day of the incident. I would like Downtown Visions subpoenaed for photographic pictures from the camera on Second and Dupont Street from between 5am and 6am on the morning of April 16, 2006.

Wherefore, Plaintiff requests that discovery be produced relevant to this case.

Robert D. Brown
Pro Se Litigant

Robert D. Brown #231393
P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
10 AUG 2007 PM 3 T

Office of The Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, DE 19801-35570

LEGAL MAIL ONLY