OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 6, 2007

TO: Robert D. Brown
    SBI# 231393
    Howard R. Young Correctional Institution
    P.O. Box 9561
    Wilmington, DE 19809

**RE: Deficiency for Lack of Service and Original Signaure;
    CA 07-23(SLR)**

Dear Mr. Brown:

   Papers have been received by this office for filing in the above matter which do not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

   Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, *you must sign each document and serve a copy upon all other counsel of record*. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

   A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

   Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson
enc: Copy of DI 16
     Service List