# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Robert D Brown
Plaintiff,

V.

Civ. No. 07-023 SLR

Wilmington Police Officer Rinehart And Wilmington Police Officer Drysdale
Defendants.


FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, Robert D. Brown, Pro Se litigant, hereby certify that on this 30th day of October, 2007 a motion for opening brief was filed with the Clerk of Court which will send Notification of such filing (s) to defendants and wish that a copy be forwarded to the attorney of the defendants.

Rosamaria Tassone
City of Wilmington Law Department
800 French Street, 9th Floor
Wilmington, De 19801

Robert D. Brown 231393
H.R.Y.C.I.
P.O. Box 9561
Wilmington, De 19809

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 6, 2007

TO: Robert D. Brown
SBI# 231393
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: Deficiency for Lack of Service and Original Signaure;
CA 07-23(SLR)**

Dear Mr. Brown:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, **you must sign each document and serve a copy upon all other counsel of record.** Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Copy of DI 16
    Service List

Robert O. Brown # 231393
P.O. Box 9561
Wilmington, DE 19809

Clerk of Court
Lockbox 18
844 King Street
U.S. Court House
Wilmington, DE 19801



LEGAL MAIL ONLY

U.S.M.S.
X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $00.580
0004615572 NOV 12 2007
MAILED FROM ZIPCODE 19802