IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT D. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-023-SLR |
| ) | |
| WILMINGTON POLICE OFFICER ) | |
| RINEHART and WILMINGTON ) | |
| POLICE OFFICER DRYSDALE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 12th day of December, 2007, having reviewed plaintiff's motion to compel discovery; and there being no response of record to said motion;

IT IS ORDERED that said motion (D.I. 15) is **granted** to the following extent: All information relating to the claims at issue and within the possession or control of the Wilmington Police Department must be produced to plaintiff, with copies to the court, on or before **January 14, 2008**. If any medical records are produced, such records must be filed under seal.

IT IS FURTHER ORDERED that the case schedule shall be revised as follows:

1. All discovery shall be completed on or before **January 31, 2008**.

2. Summary judgment motions, with supporting briefs and affidavits, if any, shall be filed on or before **February 28, 2008**.

3. Responsive briefs and affidavits, if any, shall be filed on or before **March 31,**

2008.

    4. Reply briefs may be filed on or before **April 14, 2008**.

                                                                                             United States District Judge