**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-23 (SLR) |
| | ) | JURY OF 12 DEMANDED |
| WILMINGTON POLICE OFFICER RINEHART, | ) | |
| WILMINGTON POLICE OFFICER DRYSDALE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO SEAL MEDICAL RECORDS AND CRIME REPORTS
PRODUCED IN RESPONSE TO PLAINTIFF'S REQUEST FOR DISCOVERY**

For the reasons stated herein, Defendants, by and through their counsel, respectfully request that this Honorable Court grant their Motion to Seal Medical Records and Crime Reports Produced in Response to Plaintiff's Request for Discovery in the above-captioned case.  In support of their request, Defendants state as follows:

1)    This matter involves an allegation by Plaintiff that Defendants violated the 4th Amendment in that he was subject to excessive force.

2)    In response to Plaintiff's request for discovery and this Court's Order of December 12, 2007, Defendants are providing to Plaintiff criminal reports related to his arrest and medical documents in our possession.

3)    To preserve the confidentiality of these documents and Plaintiff's privacy, Defendants ask this Court to enter an Order sealing said documents.

4)    Though there is a presumption against sealing documents filed in support of case dispositive pre-trial motions, the Third Circuit has confirmed that such a presumption does not apply when a provision of a Delaware law recognizes a "particularized need" for secrecy.  *See Leucadia,*

*Inc. v. Applied Extrusion Technologies, Inc.,* 998 F.2d 157, 164-5 (3d Cir. 1993).  Given that the documents contain medical information and criminal history information, Defendants believe that it would be appropriate to seal such documents.

WHEREFORE, Defendants respectfully request that this Court enter an Order sealing the documents in produced in response to Plaintiff's request for discovery.

**CITY OF WILMINGTON LAW DEPARTMENT**

  /s/ Rosamaria Tassone
Rosamaria Tassone (DE BAR ID. NO. 3546)
City of Wilmington Law Department
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

Dated:  January 14, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ROBERT D. BROWN,                              )
                                             )
                    Plaintiff,                )
                                             )
v.                                            )          C.A. No. 07-23 (SLR)
                                             )          JURY OF 12 DEMANDED
WILMINGTON POLICE OFFICER RINEHART,  )
WILMINGTON POLICE OFFICER DRYSDALE,  )
                                             )
                    Defendants.               )

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendants'

Motion to Seal Medical Records and Crime Reports Produced in Response to Plaintiff's Request for

Discovery it is hereby ORDERED and DECREED that the documents produced to Plaintiff in

connection with his request for discovery are sealed and shielded from public dissemination except

to the parties involved in this matter and necessary court staff.

BY THE COURT:

_____
J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-23 (SLR) |
| | ) | JURY OF 12 DEMANDED |
| WILMINGTON POLICE OFFICER RINEHART, | ) | |
| WILMINGTON POLICE OFFICER DRYSDALE, | ) | |
| | ) | |
| Defendants. | ) | |

<u>CERTIFICATE OF SERVICE</u>

I, Rosamaria Tassone, Esquire, hereby certify that on this 14th day of January, 2008, I electronically filed Defendants' Motion to Seal Medical Records and Crime Reports Produced in Response to Plaintiff's Request for Discovery with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF.  A copy of the document was mailed to the following individual:

Robert D. Brown
Inmate Number 231393
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

_/s/ Rosamaria Tassone_
Rosamaria Tassone (I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175