# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-23 (SLR) |
| | ) | JURY OF 12 DEMANDED |
| WILMINGTON POLICE OFFICER RINEHART, | ) | |
| WILMINGTON POLICE OFFICER DRYSDALE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in Defendants' Opening Brief in Support of Their Motion for Summary Judgment , and there being no disputed issues of any material facts, Defendants hereby move this Honorable Court to issue an Order granting summary judgment based on the following grounds:

1.      Defendant Drysdale had no personal involvement in Plaintiff's arrest.  Therefore, Plaintiff cannot maintain a cause of action under §1983 against Defendant Drysdale.

2.      Further, Defendant Rinehart is entitled to qualified immunity for the actions he undertook in Plaintiff's arrest.  Therefore, he cannot be held liable under §1983.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting summary judgment and dismissing  the Plaintiff's Complaint.

 /s/ Rosamaria Tassone
Rosamaria Tassone, Esq. (I.D. #3546)
First Assistant City Solicitor
Louis J. Redding City/County Bldg.
800 N. French St., 9th Flr.
Wilmington, DE 19801
Attorney for Defendants

Dated:  March 7, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-23 (SLR) |
| | ) | JURY OF 12 DEMANDED |
| WILMINGTON POLICE OFFICER RINEHART, | ) | |
| WILMINGTON POLICE OFFICER DRYSDALE, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

_____This _____ day of _____, 2008, the Court having considered

Defendants' Motion for Summary Judgment and Opening Brief in Support of Their Motion for

Summary Judgment , and any opposition thereto,

It is HEREBY ORDERED that Defendants' Motion is hereby GRANTED and Plaintiffs'

Complaint is hereby dismissed.


_____          _____ _____

_____          **J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-23 (SLR) |
| | ) | JURY OF 12 DEMANDED |
| WILMINGTON POLICE OFFICER RINEHART, | ) | |
| WILMINGTON POLICE OFFICER DRYSDALE, | ) | |
| | ) | |
| Defendants. | ) | |

<u>CERTIFICATE OF SERVICE</u>

I, Rosamaria Tassone, Esquire, hereby certify that on this 7th day of March, 2008, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF.  A copy of the document was mailed to the following individual:

> Robert D. Brown
> Inmate Number 231393
> Howard R. Young Correctional Institution
> P.O. Box 9561
> Wilmington, DE 19809

>   /s/ Rosamaria Tassone
> Rosamaria Tassone (I.D. #3546)
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 French Street, 9th Floor
> Wilmington, Delaware 19801-3537
> (302) 576-2175