IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Robert D. Brown
Plaintiff

V.                                    C.A. No. 07-23 SLR

Wilmington Police Officer
Rinehart, Wilmington Police
Officer Drysdale,
Defendants



## Motion To Extend Case Dispositive Motions Deadline

Plaintiff, a Pro Se litigant, hereby moves this Honorable Court to extend the case dispositive motions deadline for sixty days. In support of Plaintiffs Motion plaintiff offers the following:

1. Currently, the deadline is March 31, 2008. No date for trial has been set in this matter.

2. Plaintiff intends to file a Responsive brief motion. Due to the fact that Plaintiff works full time in the institution and has limited access to the prison law library, Plaintiff

is unable to make the deadline set for March 31st 2008.

3. Therefore, Plaintiff respectfully requests that the deadline be extended to sixty days which would be May 31st, 2008.

3-17-08

*RB*

Robert D. Brown #231393
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Robert D. Brown
Plaintiff,

v.

Wilmington Police Officer
Rinehart, Wilmington Police
Officer Drysdale,
Defendants.

C.A. No. 07-23 SLR

Certificate of Service

I, Robert D. Brown, a Pro Se litigant, hereby certify that on this 17th day of March, 2008, I am filing a Motion to Extend the Case Dispositive Deadline with the Clerk of the Court and request that a copy be sent to the following individual:

Rosamaria Tassone #3546
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, DE 19801-3537

RB
Robert D. Brown
#231393
P.O. Box 9561
Wilmington, DE
19809

Robert D. Brown #231393
P.O. Box 9561
Wilmington, DE 19809

D.P.M.C.
X-RAY

Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

WILMINGTON DE 197
17 MAR 2008 PM 2 L

LEGAL MAIL ONLY