IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

Robert D. Brown
    Plaintiff,

v.

Wilmington Police Officer
Rinehart, Wilmington Police
Officer Drysdale,
    Defendants.

C.A. No. 07-23 SLR


FILED
MAR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion To Compel Discovery

Plaintiff wishes to be provided with the following directives of the Wilmington Police Department Police Officer's Manual Index. 6.7 Physical force (Authorized use of), 6.7(6) Capstun (use of), 6.7(1) Deadly force, 6.19(1),(2) Domestic Complaint Procedures and Domestic Complaint (Arrest policy), 6.21(1) Drunk (intoxicated) persons, 7.10(1) Duty to provide medical treatment to prisoners and duty to report prisoners illness/injury, 7.30 Equipment (misuse of), 7.8(2) Failure to submit reports on time, 7.6(2) Failure to take appropriate police action 6.42(1) Illness (sick/injury policy), 7.4(1) Inaccurate

reports, 6.10(13) Injured prisoners, 7.3(4) Insulting language, 6.21 Intoxicated persons 8.9(1) Summary Punishment, 6.7(2),(5) Use of force continuum and use of force reports, 7.9(1) Use of force (physical force limitations), Vehicles (Patrol) 3.1(1). Per defendants Attorney, Rosamaria Tassone, if any other directives were requested she assured plaintiff she would provide them according to the Rules of discovery.

3-17-08
Date

Robert D. Brown #231393
P.O. Box 9561
Wilmington, DE 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Robert D. Brown
　　　Plaintiff

v.                                       C.A No. 07-23 SLR

Wilmington Police Officer Rinehart, Wilmington Police Officer Drysdale,
　　　Defendants

## Certificate of Service

I, Robert D. Brown, a Pro Se litigant, hereby certify that on this 17th day of March 2008 I am filing a motion for discovery with the Clerk of Court and wish to have a copy forwarded to the following:

Rosamaria Tassone #3546
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, De 19801-3537

Robert D. Brown
#231393
P.O. Box 9561
Wilmington, De 19809