CA 07-23 SLR

To: Clerk of Court
From: Robert D. Brown #231393
Re: Haven't recieved notice of documented motions
Date: 4-28-08

I've sent out motions for discovery, extension of time, a reply brief and haven't recieved any notice from the court stating that these documents have been recorded/filed with the court on my behalf. I also need to know when will it be appropiate to send in my interrogatories.

Respectfully
RJB
Robert D. Brown
#231393


FILED
APR 29 2008

Robert D Brown #231393
P.O. Box 9561
Wilmington De 19809

(LEGAL MAIL)

Clerk Of Court
United States District Court
844 King Street Lockbox 18
Wilmington De 19801

(LEGAL MAIL)