OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 30, 2008

TO:

**Robert D. Brown**
SBI# 231393
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    RE:   STATUS OF MOTIONS AND RELATED FILINGS
           CA 07-23 SLR

Dear Mr. Brown:

    This is in response to your letter received 4/29/08 requesting the status of your Motions and related filings in the above case.  Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rwc                                         PETER T. DALLEO
                                                 CLERK

cc:   The Honorable Sue L. Robinson